# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10MJ70-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| PHILIP A. PURDUE, | |
| Defendant. | |

**THIS MATTER** is before the Court on the Government's "Motion to Dismiss- Complaint and Warrant" (document #8), filed on April 26, 2011 in the above referenced matter as to this Defendant only.

**FOR GOOD CAUSE SHOWN**, the Government's Motion is hereby **GRANTED** without prejudice.

The Clerk is directed to certify copies of this Order to Defendant, to the United States Attorney, the United States Marshals Office, and to the United States Probation Office.

**SO ORDERED**.

Signed: April 27, 2011

David S. Cayer
United States Magistrate Judge